1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  VICKIE L. FEEMAN (STATE BAR NO. 177487)
   vfeeman@orrick.com
3  LILLIAN J. MAO (STATE BAR NO. 267410)
   lmao@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California 94025
   Telephone:  +1-650-614-7400
6  Facsimile:  +1-650-614-7401

7  Attorneys for Defendant
   MobileIron, Inc.

*IT IS SO ORDERED*
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Good Technology Corporation and Good Technology Software, Inc., <br><br>    Plaintiffs, <br><br> v. <br><br> MobileIron, Inc., <br><br>    Defendant. | Case No. CV-12-05826 EJD <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COUNTS FIVE THROUGH SEVEN OF PLAINTIFFS' COMPLAINT** <br><br> Date: April 5, 2013 <br> Time: 9:00 a.m. <br> Courtroom: 4 <br> Judge: Hon. Edward J. Davila |
|---|---|

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF WITHDRAWAL OF MOTION
CV12-05826 EJD

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant MobileIron, Inc. ("MobileIron") hereby withdraws its Motion to Dismiss Counts Five Through Seven of Plaintiffs' Complaint ("Motion"), filed on January 8, 2013 and currently noticed for April 5, 2013.

Since the Motion was filed, Plaintiffs filed an amended complaint on February 7, 2013. MobileIron is reviewing the pleadings and withdraws the Motion without prejudice, and without concession, admission or waiver of any rights or arguments addressed or asserted in the Motion.

In addition, MobileIron respectfully requests that the Court not vacate the reserved April 5, 2013 hearing date in the event MobileIron files a motion to dismiss the amended complaint within the time provided by Civil Local Rule 7-2(a).

This Order terminates docket item no. 24 and the associated briefing schedule and hearing date.

Dated: February 14, 2013

I. NEEL CHATTERJEE
VICKIE L. FEEMAN
LILLIAN J. MAO
Orrick, Herrington & Sutcliffe LLP

By: */s/ Lillian J. Mao*
LILLIAN J. MAO
Attorneys for Defendant
MobileIron, Inc.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

NOTICE OF WITHDRAWAL OF MOTION
CV12-05826 EJD