1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  VICKIE L. FEEMAN (STATE BAR NO. 177487)
   vfeeman@orrick.com
3  LILLIAN J. MAO (STATE BAR NO. 267410)
   lmao@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California  94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  Attorneys for Defendant
   Mobile Iron, Inc.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12

13 | Good Technology Corporation and Good Technology Software, Inc., | Case No. CV-12-05826 EJD (PSG) |
|---|---|
14 | | **STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** |
15 | Plaintiffs, | |
16 | v. | |
17 | MobileIron, Inc., | |
18 | Defendant. | |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER
TO CHANGE HEARING DATE
CV12-05826 EJD

Plaintiffs Good Technology Corporation and Good Technology Software, Inc. (collectively, "Plaintiff") and Defendant Mobile Iron, Inc. ("Defendant") hereby stipulate as follows:

WHEREAS, Plaintiff filed a Motion for Leave to Amend Its Infringement Contentions ("Motion") on January 15, 2014 (Dkt. No. 59);

WHEREAS, Defendant intends to oppose the Motion;

WHEREAS, the Motion is presently set for hearing on Tuesday, February 25, 2014[1] at 10:00 AM before Magistrate Judge Grewal;

WHEREAS, Defendant's lead counsel is not available on February 25, 2014;

WHEREAS, the parties have identified March 18, 2014 as a mutually agreeable date for a hearing on the Motion;

WHEREAS, the parties have not previously requested any time modifications relating to the Motion;

/ / /

/ / /

---

[1] Plaintiff's Notice of Motion erroneously lists the hearing date as February 18, 2014.

Orrick, Herrington & Sutcliffe LLP
Attorneys At Law
Silicon Valley

- 1 -

STIPULATION AND [PROPOSED] ORDER
TO CHANGE HEARING DATE
CV12-05826 EJD

NOW THEREFORE, Plaintiff and Defendant, through their respective counsel, hereby stipulate and jointly request that the Court enter an order as follows:

The hearing on Plaintiff's Motion for Leave to Amend Its Infringement Contentions is reset to Tuesday, March 18, 2014 at 10:00 AM in Courtroom 5, 4th Floor, San Jose.

Dated: January 21, 2014        ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/ Lillian J. Mao
LILLIAN J. MAO
Attorneys for Defendant
Mobile Iron, Inc.

Dated: January 21, 2014        MCKOOL SMITH, P.C.

By:  /s/ Craig N. Tolliver
CRAIG N. TOLLIVER
Attorneys for Plaintiffs
Good Technology Corporation and
Good Technology Software, Inc.

**Filer's Attestation:** I, Lillian J. Mao, am the ECF User whose User ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the above-listed signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     By: _____
The Honorable Paul S. Grewal
United States Magistrate Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIPULATION AND [PROPOSED] ORDER
TO CHANGE HEARING DATE
CV12-05826 EJD