UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION and GOOD TECHNOLOGY SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MOBILEIRON, INC.<br><br>Defendant. | Case Nos.: 5:12-CV-05826-EJD; 5:12-CV-05827-EJD<br><br>**ORDER SETTING STATUS CONFERENCE** |
| GOOD TECHNOLOGY CORPORATION and GOOD TECHNOLOGY SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AIRWATCH LLC,<br><br>Defendant. | |

In consideration of issues raised in the parties' Joint Claim Construction and Pre-Hearing Statement (Case No. 12-cv-5827 Docket Item No. 69), Defendant AirWatch's Motion for Leave to Designate Additional Claim Terms (Case No. 12-cv-5827 Docket Item No. 68), Defendant MobileIron's Joinder in Defendant AirWatch's Motion for Leave to Designate Additional Claim Terms (Case No. 12-cv-5876 Docket Item No. 73), and Defendant AirWatch's Motion to Modify Claim Construction Deadlines (Case No. 12-cv-5827 Docket Item No. 64), the court hereby sets a Status Conference to be held in these related cases on March 20, 2014 at 10:00 a.m..

1
Case Nos.: 5:12-CV-05826-EJD; 5:12-CV-05827-EJD
ORDER SETTING STATUS CONFERENCE

In advance of the conference, the parties shall file a Joint Status Conference Statement addressing the following topics:

    (1) Whether simultaneous claim construction and summary judgment would be beneficial in these cases;

    (2) How the parties intend to further limit the scope of these cases;

    (3) How these cases would be impacted if the court chose to administer them separately; and

    (4) How the court's granting AirWatch's Motion for Leave to Designate Additional Claim Terms would impact the parties' responses to the above three queries.

This statement shall not exceed ten pages in length, and shall be filed by no later than March 13, 2014.

**IT IS SO ORDERED.**

Dated: March 6, 2014

                                                    EDWARD J. DAVILA
                                                    United States District Judge