IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION, et. al., | CASE NO. 5:12-cv-05826 EJD; 5:12-cv-05827 EJD |
| Plaintiff(s), | **ORDER DIRECTING CLERK TO REASSIGN CASES** |
| v. | |
| MOBILEIRON, INC., | |
| Defendant(s). | |
| GOOD TECHNOLOGY CORPORATION, et. al., | |
| Plaintiff(s), | |
| v. | |
| AIRWATCH, LLC, | |
| Defendant(s). | |

As all parties have now consented to such an assignment for all purposes, the Clerk shall reassign the above-captioned cases to Magistrate Judge Paul S. Grewal.

**IT IS SO ORDERED.**

Dated: March 24, 2014

_____
EDWARD J. DAVILA
United States District Judge