UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GOOD TECHNOLOGY CORPORATION, et al., | ) ) ) | Case Nos. 5:12-cv-05826-PSG and 5:12-cv-05827-PSG |
| Plaintiffs, | ) ) | **ORDER SETTING** |
| v. | ) ) | **STATUS CONFERENCE** |
| MOBILEIRON, INC., | ) ) | |
| Defendant. | ) ) | |
| GOOD TECHNOLOGY CORPORATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AIRWATCH, LLC, | ) ) | |
| Defendant. | ) ) | |

In light of the reassignment of these cases, the court sets a hearing set for Tuesday, April 1, 2014, at 4:30 PM to address the continued relation of these cases, the schedule for a claims construction hearing and other pre-trial deadlines as well as trial itself. Telephonic appearances may be made without leave of the court.

IT IS SO ORDERED.

Dated: March 25, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge