1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION, et al., | Case No. 5:12-cv-05826-PSG |
| Plaintiffs, | **ORDER GRANTING-IN-PART SEALING MOTIONS** |
| v. | |
| MOBILEIRON, INC., | **(Re: Docket Nos. 58, 63 and 66)** |
| Defendant. | |

Before the court are three sealing motions filed in this case. One of the requests is concededly overbroad.[1] Two of the motions are not supported by timely declarations in compliance with the Civil L.R. 79-5(e)(1).[2] In large part, however, the sealing requests are narrowly tailored. The court rules as follows:

---

[1] *See* Docket No. 62 at ¶ 7 ("Mr. Sirota's deposition lasted an entire day. On information and belief, Good cites to only a small portion of the deposition transcript in its Motion for Leave, but has chosen to submit the entire transcript as an exhibit. MobileIron respectfully requests that the entirety of Exhibit 12 be maintained under seal, as it would be unnecessary and unduly burdensome for MobileIron to review the transcript for purposes of identifying portions – likely unrelated to Good's Motion for Leave – that may be made public."); *see also* Civil L.R. 79-5(b) ("The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d).").

[2] *See* Docket Nos. Civil L.R. 79-5(e)(1) ("Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable.").

1
Case No. 5:12-cv-05826-PSG
ORDER GRANTING-IN-PART SEALING MOTIONS

1. **Docket No. 58 – Motion for Leave to Amend Infringement Contentions**

    a. The limited redactions in the moving papers at pages 2, 3 and 5 may be filed under seal.

    b. The requested redactions of Exhibit 11 at page 16 line 26 through page 17 line 3 may be filed under seal.

    c. Exhibit 12 may not be filed under seal. The request is not narrowly tailored.

2. **Docket No. 63 – Opposition to Motion for Leave to Amend Infringement Contentions**

    a. The limited redactions in the opposition at pages 1, 3, 4, 5 and 7 may be filed under seal.

    b. The Batchu Declaration may be filed under seal in its entirety.

3. **Docket No. 66 – Reply to Opposition to Motion for Leave to Amend Infringement Contentions**

    a. The limited redactions in the reply at pages 1, 2, 6, 8 and 9 may be filed under seal.

**IT IS SO ORDERED.**

Dated: March 26, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge