UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION and GOOD TECHNOLOGY SOFTWARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOBILEIRON, INC., <br><br> Defendant. | Case No. 5:12-cv-05826-PSG <br><br> **OMNIBUS ORDER RE: MOTIONS TO SEAL** <br><br> **(Re: Docket Nos. 219, 224, 226, 230, 234, 236)** |

Before the court are six administrative motions to seal documents. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[1] Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[2] Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[3]

---

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

[3] *Id.* at 1178-79.

1
Case No. 5:12-cv-05826-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[4] Records attached to nondispositive motions therefore are not subject to the strong presumption of access.[5] Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[6] As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific prejudice or harm will result" if the information is disclosed.[8] "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[9] A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[11]

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document

---

[4] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

[5] *See id.* at 1180.

[6] *Id.* at 1179 (internal quotations and citations omitted).

[7] *Id.*

[8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[10] *See Kamakana,* 447 F.3d at 1179-80.

[11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[12] "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

With these standards in mind, the court rules on the instant motions as follows:

| **Motion to Seal** | **Document to be Sealed** | **Result** | **Reason/Explanation** |
| --- | --- | --- | --- |
| 219 | Declaration of Earl Sacerdoti | Text at Docket No. 219-6 at 1:8-6:4 SEALED; all other text UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 219 | Declaration of Stephen Gray | Text at Docket No. 219-8 at 1:9-3:2 and 4:23-7:7 SEALED; all other text UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 219 | Declaration of Jesse Lindeman | SEALED | Narrowly tailored to confidential business information. |
| 219 | Exhibit 3 to the Declaration of Vickie Feeman | UNSEALED | Not narrowly tailored to confidential business information. |
| 219 | Exhibit 4 to the Declaration of Vickie Feeman | SEALED | Narrowly tailored to confidential business information. |
| 219 | Exhibit 9 to the Declaration of Vickie Feeman | SEALED | Narrowly tailored to confidential business information. |
| 219 | Exhibit 11 to the Declaration of Vickie | UNSEALED | No declaration in support filed with the |

---

[12] Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[13] Civ. L.R. 79-5(e)(1).

3

Case No. 5:12-cv-05826-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| | Feeman | | court as required by Civ. L.R. 79-5(e)(1). |
| 219 | Exhibit 12 to the Declaration of Vickie Feeman | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 219 | Exhibit 13 to the Declaration of Vickie Feeman | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 219 | Exhibit 15 to the Declaration of Vickie Feeman | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 219 | Exhibit 16 to the Declaration of Vickie Feeman | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 219 | Exhibit 17 to the Declaration of Vickie Feeman | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 219 | Exhibit 18 to the Declaration of Vickie Feeman | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 219 | Exhibit 21 to the Declaration of Vickie Feeman | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 219 | Exhibit 28 to the Declaration of Vickie Feeman | SEALED | Narrowly tailored to confidential business information. |
| 219 | Exhibit 29 to the Declaration of Vickie Feeman | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 219 | Exhibit 33 to the Declaration of Vickie Feeman | UNSEALED | Not narrowly tailored to confidential business information. |
| 219 | Exhibit 36 to the Declaration of Vickie Feeman | SEALED | Narrowly tailored to attorney work |

4
Case No. 5:12-cv-05826-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| | Feeman | | product and confidential business information. |
| 219 | Exhibit 37 to the Declaration of Vickie Feeman | SEALED | Narrowly tailored to attorney work product and confidential business information. |
| 219 | Exhibit 38 to the Declaration of Vickie Feeman | SEALED | Narrowly tailored to attorney work product and confidential business information. |
| 219 | Exhibit 39 to the Declaration of Vickie Feeman | SEALED | Narrowly tailored to attorney work product and confidential business information. |
| 219 | Exhibit 40 to the Declaration of Vickie Feeman | SEALED | Narrowly tailored to attorney work product and confidential business information. |
| 219 | MobileIron's Motion for Summary Judgment of Non-Infringement and Invalidity of Plaintiffs' Patents | Designations in yellow at Docket No. 219-5 SEALED, except designations in yellow at 5:25-26, 12:18, 13:17-18, 16:9-11, 30:11-13 and 46:10-12 UNSEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 224 | Exhibit B to the Declaration Joel Stonedale | UNSEALED | Not narrowly tailored to confidential business information. *See* Civ. L.R. 79-5(d)(1)(A). |
| 224 | Good's Reply in Support of its Motion to Strike Portions of Defendant's Expert Reports | UNSEALED | Not narrowly tailored to confidential business information. *See* Civ. L.R. 79-5(d)(1)(A). |
| 226 | Exhibit 2 to the Declaration of Lillian J. Mao | SEALED | Narrowly tailored to confidential business information. |
| 226 | Exhibit 3 to the Declaration | SEALED | Narrowly tailored to confidential business |

| | | | |
|---|---|---|---|
| | of Lillian J. Mao | | information. |
| 226 | Exhibit 5 to the Declaration of Lillian J. Mao | SEALED | Narrowly tailored to confidential business information. |
| 226 | Exhibit 6 to the Declaration of Lillian J. Mao | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 226 | Exhibit 8 to the Declaration of Lillian J. Mao | SEALED | Narrowly tailored to confidential business information. |
| 226 | Declaration of Peter J. Reiher, Ph.D. | Designations in yellow at Docket No. 226-6 at ¶¶ 107-8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 226 | MobileIron's Opposition to Plaintiffs' Motion for Summary Judgment of Non-Infringement and Non-Validity of MobileIron's '016 Patent | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 230 | Joint Discovery Letter Brief | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 230 | Exhibit A to the Declaration of Glen Liu | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 230 | Exhibit B to the Declaration of Glen Liu | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 230 | Exhibit 1 to the Declaration of Glen Liu | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 234 | Exhibit 3 to the Declaration of Robert J. Muller | UNSEALED | Not narrowly tailored to confidential business information. |
| 234 | Exhibit 4 to the Declaration of Robert J. Muller | SEALED | Narrowly tailored to confidential business |

| | | | information. |
|---|---|---|---|
| 234 | Exhibit 5 to the Declaration of Robert J. Muller | Text at Docket No. 234-8 at 9:21-26 SEALED; all other text UNSEALED | Only sealed portions narrowly tailored to confidential business information. |
| 234 | Exhibit 6 to the Declaration of Robert J. Muller | SEALED | Narrowly tailored to confidential business information. |
| 234 | Exhibit 7 to the Declaration of Robert J. Muller | Text at Docket No. 234-10 at 8:21-23 SEALED; all other text UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 234 | Exhibit 8 to the Declaration of Robert J. Muller | SEALED | Narrowly tailored to confidential business information. |
| 234 | Exhibit 9 to the Declaration of Robert J. Muller | Text at Docket No. 234-12 at 6:22-7:8 SEALED; all other text UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 234 | Exhibit 10 to the Declaration of Robert J. Muller | SEALED | Narrowly tailored to confidential business information. |
| 234 | Exhibit 11 to the Declaration of Robert J. Muller | SEALED | Narrowly tailored to confidential business information. |
| 234 | Exhibit 12 to the Declaration of Robert J. Muller | SEALED | Narrowly tailored to confidential business information. |
| 234 | Good's Opposition to Defendant MobileIron's Motion for Summary Judgment on Lanham Act and Unfair Competition Claims | Text at Docket No. 234-5 at 4:5-6, 4:11-16 and 5:17-18 SEALED; all other text UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 236 | Exhibit 2 to the Declaration of Craig Tolliver | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 3 to the Declaration of Craig Tolliver | UNSEALED | Not narrowly tailored to confidential business information. *See* Civ. L.R. 79-5(d)(1)(A). |

| | | | |
|---|---|---|---|
| 236 | Exhibit 4 to the Declaration of Craig Tolliver | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 5 to the Declaration of Craig Tolliver | Text at Docket No. 236-8 at ¶ 37 sentences 4, 7, 9 and footnote 45; ¶ 38, sentences 4 and 5; ¶ 69 (excerpt); ¶ 70; ¶ 71, sentences 4, 5, 6, and 7; ¶ 73, sentence 1; and ¶ 113 SEALED; all other text UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 236 | Exhibit 6 to the Declaration of Craig Tolliver | Text at Docket No. 236-9 at ¶¶ 76-83 and ¶¶ 224-226 and accompanying diagrams SEALED; all other text UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 236 | Exhibit 7 to the Declaration of Craig Tolliver | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 12 to the Declaration of Craig Tolliver | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 13 to the Declaration of Craig Tolliver | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 14 to the Declaration of Craig Tolliver | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 15 to the Declaration of Craig Tolliver | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 16 to the Declaration of Craig Tolliver | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 17 to the Declaration of Craig Tolliver | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 18 to the Declaration of Craig Tolliver | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 19 to the | Text at Docket No. 236-18 at ¶ | Only sealed portions |

| | | | |
|---|---|---|---|
| | Declaration of Craig Tolliver | 74 SEALED; all other text UNSEALED. | narrowly tailored to confidential business information. |
| 236 | Exhibit 22 to the Declaration of Craig Tolliver | SEALED | Narrowly tailored to confidential business information. |
| 236 | Plaintiffs' Opposition to MobileIron's Motion for Summary Judgment of No Lost Profits | Designations in yellow at Docket No. 236-4 at 3:5-6, 4:8-9, 8:9, 8:19-21, 12:1-4, 17:4 and text at 2:13-14, 3:5-6, 12:13-16, 13:28, 14:1, 14:6-15, 17:19-24 and 18:1 SEALED; all other designations and text UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

**SO ORDERED.**

Dated: April 15, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　United States Magistrate Judge