UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION and GOOD TECHNOLOGY SOFTWARE, INC.,<br><br>Plaintiffs,<br>v.<br><br>MOBILEIRON, INC.,<br><br>Defendant. | Case No. 5:12-cv-05826-PSG<br><br>**ORDER RE: MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>(Re: Docket No. 399) |

Plaintiffs Good Technology Corporation and Good Technology Software, Inc. seek leave to file a motion for reconsideration of this court's order granting summary judgment of lost profits. Defendant MobileIron, Inc. shall submit any opposition to Good's motion for leave to file—not to exceed five pages—by Monday, June 29, 2015 at 12:00 PM.

**SO ORDERED.**

Dated: June 26, 2015

                                                                                                     _____
                                                                                                     PAUL S. GREWAL
                                                                                                     United States Magistrate Judge