UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MOBILEIRON, INC.,<br><br>Defendant. | Case No. 5:12-cv-05826-PSG<br><br>**ORDER RE: MOTION FOR CLARIFICATION**<br><br>(Re: Docket Nos. 447) |

Plaintiffs Good Technology Corporation and Good Technology Software, Inc. seek clarification on the implications of this court's recent rulings.[1] Defendant MobileIron, Inc. shall submit any opposition to Good's motion for clarification by Thursday, July 9, 2015 at 5:00 PM. The court will set a hearing on the matter, if necessary, after considering both sets of papers.

**SO ORDERED.**

Dated: July 8, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See, e.g.*, Docket No. 437.