UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MOBILEIRON, INC.,<br><br>Defendant. | Case No. 5:12-cv-05826-PSG<br><br>**ORDER RE: MOTION TO QUASH TRIAL SUBPOENA**<br><br>(Re: Docket No. 464) |

Plaintiffs Good Technology Corporation and Good Technology Software, Inc. filed a motion to quash trial subpoena yesterday.[1] Defendant MobileIron, Inc. shall submit any opposition to Good's motion by Monday, July 13, 2015 at 9:00 AM. The court will decide the matter on the papers.

**SO ORDERED.**

Dated: July 12, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] Docket No. 464