United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC., | Case No. 5:12-cv-05826-PSG |
| Plaintiffs, | **ORDER RE: MOTION TO QUASH TRIAL SUBPOENA** |
| v. | **(Re: Docket No. 468)** |
| MOBILEIRON, INC., | |
| Defendant. | |

Defendant MobileIron, Inc. filed a motion to quash trial subpoena late yesterday.[1]

Plaintiffs Good Technology Corporation and Good Technology Software, Inc. shall submit any opposition to Good's motion by Tuesday, July 14, 2015 at 9:00 AM. The court will decide the matter on the papers.

**SO ORDERED.**

Dated: July 13, 2015

PAUL S. GREWAL
United States Magistrate Judge

---

[1] Docket No. 468

Case No. 5:12-cv-05826-PSG
ORDER RE: MOTION TO QUASH TRIAL SUBPOENA