I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
VICKIE L. FEEMAN (STATE BAR NO. 177487)
vfeeman@orrick.com
LILLIAN J. MAO (STATE BAR NO. 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     +1-650-614-7400
Facsimile:     +1-650-614-7401

GLEN LIU (STATE BAR NO. 251591)
gliu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone:     +1-949-567-6700
Fax:    +1-949-567-6710

Attorneys for Defendant
MOBILEIRON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOBILEIRON, INC., <br><br> Defendant. | Case No. CV-12-05826 PSG <br><br> **ADMINISTRATIVE MOTION AND [PROPOSED] ORDER ALLOWING MOBILEIRON, INC. TO BRING AUDIO-VISUAL/COMPUTER EQUIPMENT AND MATERIALS TO COURT FOR TRIAL** |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

ADMINISTRATIVE MOTION RE EQUIPMENT
AND MATERIALS
CV12-05826 PSG

1   Pursuant to Local Rule 7-11, MobileIron, Inc. hereby files this Administrative Motion for

2   permission to bring into the courthouse certain trial materials, including bottled water, four library

3   carts with binders, and audio visual/computer equipment, including a projector, screen, laptop

4   computers, ELMO visualizer, external hard drives, monitors and other cables, accessories and

5   materials to use in Courtroom 5, 4th floor of 280 South 1st Street of the United States

6   Courthouse.  The equipment would be used for the purpose of presenting evidence during the trial

7   scheduled for this matter to begin on Thursday July 16, 2015, and scheduled to end on Thursday

8   July 30, 2015.  MobileIron further requests the Court's permission to set up the equipment in the

9   courtroom on Wednesday, July 15, 2015, or at such time the Court may specify, to facilitate the

10  timely and orderly conduct of the trial.  MobileIron contacted Plaintiffs to ask whether they

11  intended to use audio visual/computer equipment during the hearing; plaintiffs indicated they

12  were still considering the issue.

13

14  Dated: July 13, 2015                          I. NEEL CHATTERJEE
                                                   VICKIE L. FEEMAN
15                                                 LILLIAN J. MAO
                                                   GLEN LIU
16                                                 Orrick, Herrington & Sutcliffe LLP

17

18                                                 By: _____/s/ Glen Liu_____
19                                                            Glen Liu
                                                   Attorneys for Defendant
20                                                 MOBILEIRON, INC.

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

ADMINISTRATIVE MOTION RE EQUIPMENT
AND MATERIALS
CV12-05826 PSG

1

**[PROPOSED] ORDER**

2

For good cause shown, the foregoing requests are GRANTED.

3

4

    IT IS SO ORDERED.

5

6

Dated: _____

7

                                          _____
                                          The Honorable Paul S. Grewal
                                          United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 3 -

ADMINISTRATIVE MOTION RE EQUIPMENT
AND MATERIALS
CV12-05826 PSG