1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  VICKIE L. FEEMAN (STATE BAR NO. 177487)
   vfeeman@orrick.com
3  LILLIAN J. MAO (STATE BAR NO. 267410)
   lmao@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, California  94025
   Telephone:   +1-650-614-7400
6  Facsimile:   +1-650-614-7401

7  GLEN LIU (STATE BAR NO. 251591)
   gliu@orrick.com
8  WILL H. MELEHANI (STATE BAR NO. 285916)
   wmelehani@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   2050 Main Street, Suite 1100
10 Irvine, CA 92614
   Telephone:   +1-949-567-6700
11 Facsimile:   +1-949-567-6710

12 Attorneys for Defendant
   MOBILEIRON, INC.
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                    SAN JOSE DIVISION

17

| 18 | GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC., | Case No. CV-12-05826 PSG |
|---|---|---|
| 19 | | **JOINT STATEMENT REGARDING NEW SCHEDULE AND HEARING DATE AND [PROPOSED] ORDER** |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | MOBILEIRON, INC., | Dept:   Courtroom 5, 4th Floor |
| 23 | Defendant. | Judge:   Mag. Judge Grewal |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STATEMENT RE NEW SCHEDULE AND
HEARING DATE
CV12-05826 PSG

Pursuant to the Court's October 20, 2015 order (Dkt. 554), Plaintiffs Good Technology Corporation and Good Technology Software, Inc. (collectively, "Good") and Defendant MobileIron, Inc. ("MobileIron") submit this joint statement regarding a new schedule and hearing date. Pursuant to a confidential settlement agreement between the parties, MobileIron will withdraw its opposition to Good's motion for judgment as a matter of law of no invalidity of U.S. Patent No. 8,012,219 patent (Dkt. No. 548). In addition, Good will be filing an unopposed motion to vacate the findings of invalidity of U.S. Patent Nos. 7,970,386, 6,151,606, and 8,012,219 (in the event the Court does not grant Good's unopposed motion for judgment as a matter of law).

Accordingly, the parties propose the following schedule:

- MobileIron will withdraw its opposition to Good's motion for judgment as a matter of law of no invalidity of the '219 patent (Dkt. No. 548) on or before December 17, 2015;
- Good will file its unopposed motion to vacate the findings of invalidity of U.S. Patent Nos. 7,970,386, 6,151,606, and 8,012,219 (in the event the Court does not grant Good's unopposed motion for judgment as a matter of law) on or before December 18, 2015;
- MobileIron will file its statement of non-opposition on or before January 4, 2016; and,
- Subject to the Court's schedule, the hearing on Good's motions will be on January 26, 2016 at 10:00 am.

1  Respectfully submitted,

2  Dated: December 11, 2015    James R. Asperger
3                              Frederick A. Lorig
                               Todd M. Briggs
4                              QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP
5

6                              By: _____/s/ Todd Briggs_____
7                                      TODD M. BRIGGS
                                   Attorneys for Plaintiffs
8                              GOOD TECHNOLOGY CORPORATION
                                   and GOOD TECHNOLOGY
9                                     SOFTWARE, INC.

10
11 Dated: December 11, 2015    I. Neel Chatterjee
                               Vickie L. Feeman
12                             Glen Liu
                               Lillian J. Mao
13                             Will H. Melehani
                               ORRICK, HERRINGTON & SUTCLIFFE
14                             LLP

15
16                             By: _____/s/ Glen Liu_____
                                        GLEN LIU
17                                 Attorneys for Defendant
                                    MOBILEIRON, INC.
18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

JOINT STATEMENT REGARDING NEW SCHEDULE
AND HEARING DATE
CV12-05826 PSG

### ~~[PROPOSED]~~ ORDER

The Court hereby enters the following schedule:

MobileIron will withdraw its opposition to Good's motion for judgment as a matter of law of no invalidity of the '219 patent (Dkt. No. 548) on or before December 17, 2015.

Good will file its unopposed motion to vacate the findings of invalidity of U.S. Patent Nos. 7,970,386, 6,151,606, and 8,012,219 (in the event the Court does not grant Good's unopposed motion for judgment as a matter of law) on or before December 18, 2015..

MobileIron will file its statement of non-opposition on or before January 4, 2016.

Subject to the Court's schedule, the hearing on Good's motions will be held on January 26, 2016 at 10:00 am.

**IT IS SO ORDERED:**

Dated: December 14, 2015

*/s/ Paul S. Grewal*
HON. PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 4 -

JOINT STATEMENT REGARDING NEW SCHEDULE
AND HEARING DATE
CV12-05826 PSG