UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MOBILEIRON, INC.,<br><br>　　　　　　Defendant. | Case No. 12-cv-05826-PSG<br><br>**ORDER TO SHOW CAUSE** |

　　　　The parties in this case have reached a settlement agreement,[1] and the court has granted an unopposed motion to vacate several findings of patent invalidity that was filed pursuant to that agreement.[2]  Because it appears that there is nothing left to resolve in this action, the court ORDERS Plaintiffs to show cause why it should not be dismissed.  Plaintiffs shall respond to this order no later than December 28, 2015.

**SO ORDERED.**

Dated: December 21, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 559.

[2] *See* Docket No. 562.

Case No. 12-cv-05826-PSG
ORDER TO SHOW CAUSE

1